IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

LESTER PAUL STEPP,

    Plaintiff,

v.                                Case No. 5:15cv31-MW/GRJ

DR. BERNARD F. GIPSON,
NURSE LOUIS TOLBER, and
UNITED STATES OF AMERICA,

    Defendants.

_____/

### ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 9. Upon consideration, no objections having been filed by Plaintiff,

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "This case is **DISMISSED** without prejudice as premature pursuant to the Federal Tort Claims Act and for

1

failure to state a *Bivens* claim upon which relief may be granted as to the individually named defendants." The Clerk shall close the file.

**SO ORDERED on June 22, 2015.**

<u>s/Mark E. Walker</u>
**United States District Judge**